IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| THEAPPLIUS ANDRE GOODMAN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF GEORGIA DEPARTMENT OF CORRECTIONS; ALL MEMBERS OF THE GEORGIA BOARD OF PARDONS & PAROLES BOARD; ALL WARDENS AND D/W OF GEORGIA STATE PRISON; and CHIEF COUNSELOR & CLASSIFICATION COMMITTEE OF GEORGIA STATE PRISON,<br><br>Defendants. | CIVIL ACTION NO.: 6:19-cv-10 |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 14. Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 29th day of January, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA